UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Case No. 05-CR-0253

TRACY A. PETERS,

        Defendant.

**ORDER DENYING MOTION FOR CLARIFICATION**

      Defendant Tracy Peters has filed a motion requesting clarification of this Court's March 9, 2009 order denying his motion for declaratory relief. Peters was essentially told that any objection he has to the manner in which funds are being collected from his account to satisfy his financial obligations must be addressed to the Bureau of Prisons. If, upon completing the administrative procedure within the Bureau of Prisons, he remains unsatisfied, he may seek administrative review in an appropriate court. As I stated in the earlier order, this Court has no jurisdiction.

      Since this much should have been clear from the previous order of the Court, Peters' motion for a clarification is denied.

      **SO ORDERED** this   28th   day of April, 2009.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge